No. 95–1572. ALLEN *v.* UNITED STATES. C. A. 6th Cir. Motion of Michael Allen, personal representative of the estate of Albert A. Allen, to be substituted as petitioner in place of Albert

A. Allen, deceased, denied.   Certiorari denied.